

# Fourth Court of Appeals
## San Antonio, Texas

April 4, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On October 10, 2018, this appeal was dismissed for want of prosecution based on appellant's failure to pay the filing fee for the appeal. On October 30, 2018, this court withdrew our opinion and judgment dismissing the appeal and reinstated the appeal on our docket.

Appellant's brief was originally due to be filed on February 1, 2019. By order dated February 13, 2019, this court denied appellant's motion requesting that we include a document that was not admitted into evidence in the appellate record. Our order stated appellant's brief must be filed by March 15, 2019.

Because neither the brief nor a motion for extension of time had been filed, this court ordered appellant to show cause in writing by April 5, 2019, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). On April 2, 2019, appellant filed a motion requesting an additional sixty-day extension to file his brief. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. Appellant's brief must be filed no later than May 13, 2019, which is sixty days from the March 15, 2019 deadline. If appellant's brief is not filed by May 13, 2019, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). **Appellant's brief must comply with Rule 38.1 of the Texas Rules of Appellate Procedure**. *See* TEX. R. APP. P. 38.1.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court